IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST BERNARD IVY,

    Petitioner,               No. CIV S-06-1961 GEB GGH P

    vs.

SAN JOAQUIN COUNTY
SUPERIOR COURT,

    Respondent.          ORDER

                           /        FINDINGS & RECOMMENDATIONS

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.[1]

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

\\\\\

---

[1] This case was transferred from the Northern District and filed in this court on September 1, 2006.

1

1   The exhaustion of state court remedies is a prerequisite to the granting of a
2   petition for writ of habeas corpus. 28 U.S.C. § 2254(b)(1). If exhaustion is to be waived, it must
3   be waived explicitly by respondent's counsel. 28 U.S.C. § 2254(b)(3).[2] A waiver of exhaustion,
4   thus, may not be implied or inferred. A petitioner satisfies the exhaustion requirement by
5   providing the highest state court with a full and fair opportunity to consider all claims before
6   presenting them to the federal court. Picard v. Connor, 404 U.S. 270, 276 (1971); Middleton v.
7   Cupp, 768 F.2d 1083, 1086 (9th Cir.), cert. denied, 478 U.S. 1021 (1986).

8   Petitioner challenges his 2005 conviction after a bench trial for being a
9   felon/addict in possession of a firearm for which he was sentenced to a two-year term with half
10  time credits and a parole term of three years. The grounds he raises are: 1) ineffective assistance
11  of counsel; 2) denial of due process by not being allowed a reduced bail or release on his own
12  recognizance; 3) judicial bias. After reviewing the petition for habeas corpus, the court finds
13  that petitioner has failed to exhaust state court remedies. The claims have not been presented to
14  the California Supreme Court. Further, there is no allegation that state court remedies are no
15  longer available to petitioner. Accordingly, the petition should be dismissed without prejudice.[3]

16  Good cause appearing, IT IS HEREBY ORDERED that:

17  1. Petitioner's application to proceed in forma pauperis is granted;

18  2. The Clerk of the Court is directed to serve a copy of these findings and
19  recommendations together with a copy of the petition filed in the instant case on the Attorney
20  General of the State of California; and

---

[2] A petition may be denied on the merits without exhaustion of state court remedies. 28 U.S.C. § 2254(b)(2).

[3] Petitioner is cautioned that the habeas corpus statute imposes a one year statute of limitations for filing non-capital habeas corpus petitions in federal court. In most cases, the one year period will start to run on the date on which the state court judgment became final by the conclusion of direct review or the expiration of time for seeking direct review, although the statute of limitations is tolled while a properly filed application for state post-conviction or other collateral review is pending. 28 U.S.C. § 2244(d).

1       IT IS HEREBY RECOMMENDED that petitioner's application for a writ of
2 habeas corpus be dismissed for failure to exhaust state remedies.
3       These findings and recommendations will be submitted to the United States
4 District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within
5 twenty days after being served with these findings and recommendations, petitioner may file
6 written objections with the court.  The document should be captioned "Objections to Findings
7 and Recommendations."  Petitioner is advised that failure to file objections within the specified
8 time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
9 (9th Cir. 1991).

DATED:  9/19/06                                         /s/ Gregory G. Hollows

                                                                   UNITED STATES MAGISTRATE JUDGE

GGH:009
ivy1961.103